UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**DEBRA MARTIN,**  **CIVIL ACTION NO. 08-1476**
**ALVIN ANTHONY WASHINGTON,**
**MARCUS SAMS,**
**LASHONDA THOMPSON**

**VERSUS**  **JUDGE HAIK**

**CITY OF OPELOUSAS,**  **MAGISTRATE JUDGE HANNA**
**BOBBY J. GUIDROZ, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY,**
**PERRY GALLOW, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY,**
**DON CRAVINS,**
**POLICE DEPT. CITY OF OPELOUSAS,**
**MIKE HIDALGO, CAPTAIN,**
**CLINTON DARDEN,**
**RONALD PAPILLION,**
**MIKE POTER,**
**DEON BOUDREAUX,**
**BRYAN LAFLEUR,**
**DERRICK MILES,**
**JARAD GREENE**

*MINUTES AND RULING ON MOTION TO COMPEL DISCOVERY*
*December 16, 2009*
**(Rec. Doc. 67)**

Before the court is plaintiffs' Motion to Compel Responses to Discovery.  The motion is unopposed.

Oral argument was scheduled to be heard on December 16, 2009.  However, the parties resolved the motion prior to the hearing, but the court was unaware of same until the morning of the hearing.  Therefore, in lieu of the hearing, a telephone status

1

conference was held to discuss the progress of the case.[1]

Participating in the telephone conference were counsel for plaintiffs, Shannon Battiste; Pride Doran, counsel for defendants City of Opelousas, Gallow, Cravins, Police Department City of Opelousas; and, James Pate and Jason Reed as counsel for defendants Guidroz, Hildago, Darden, Papillion, Poter, Boudreaux, Lafleur, Miles, and Green.

### *Background*

Plaintiffs filed suit against defendants alleging violation their civil rights pursuant to 42 U.S.C. § 1983, by defendants execution of a stale search warrant at plaintiff Martin, Thompson, and Washington's home.  Plaintiff Martin alleges *inter alia*, that "[d]uring the illegal search and seizure of [her] home she was verbally and physically assaulted by police officers and deputies alike who proceeded to use profanity, derogatory, and racial slurs in front of her son Alvin Washington."[2]  She, her son, and his girlfriend were all arrested.[3]  Martin alleges she was terminated by the Lafayette Parish Sheriff's Office, and The Daily Advertiser printed an inaccurate news article about her arrest, causing public embarrassment and humiliation.[4]

Plaintiffs also allege defendants executed an illegal search of her neighbor, plaintiff Sam's house, also under an stale warrant, "violently kicking in his front door"

---

[1]Statistical time: 20 minutes.

[2]*Preliminary Statement* (rec. doc. 1), ¶19-22.

[3]*Preliminary Statement* (rec. doc. 1)*,* ¶19-22.

[4]*Preliminary Statement* (rec. doc. 1), ¶ 31, 31.

where "Sam's was brutally and violently forced to the floor, where he was subjected to physical and verbally [sic] assaults by law enforcement."[5] Sam's was also arrested.[6]

As stated above, the motion to compel was resolved prior to the conference. However, a review of the docket sheet showed no trial date set, and no scheduling order issued. However, there is ongoing motions practice.

A motion to dismiss the St. Landry Parish Sheriff's Department was granted on October 28, 2009.  Pending is a motion for partial summary judgment filed by plaintiffs, and a motion in limine, which plaintiffs have sought to withdraw. Additionally, defendants Guidroz, Hidalgo, Lafleur, Miles, Greene, Darden, Papillion, Poter and Boudreaux (the St. Landry defendants), have filed a motion to compel plaintiff's answers to interrogatories and requests for production of documents, propounded on September 10, 2009.  This motion was filed on December 15, 2009, and has not been responded to yet.

At the telephone status conference, the parties stated all parties had been joined in the litigation, and a scheduling order should be issued at this time.

Regarding the recently filed motion to compel against the plaintiffs, defendants stated plaintiff had submitted the requested information and defendants were in the process of reviewing the responses.  The parties anticipated the motion would be

---

[5] *Preliminary Statement* (rec. doc. 1), ¶19-22.

[6] *Preliminary Statement* (rec. doc. 1), ¶ 26.

withdrawn.

Defendants informed the court in order to effectively oppose the motion for partial summary judgment, the participation of defendant Derrick Miles is necessary.  However, Miles is serving in the military overseas in Iraq, and is unavailable.  After discussion, the court and parties agreed the best course to take would be for defendants to file a written motion explaining same, pursuant to Fed. R. Civ. P. 56(f), or otherwise.

For the reasons given above,

**IT IS ORDERED** that plaintiffs' Motion to Compel Responses to Discovery (rec. doc. 67) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue a scheduling order.

**IT IS FURTHER ORDERED** that counsel for the movant shall inform the court immediately at (337) 593-5140,  if all or part of the issues raised in the still pending motion to compel (rec. doc. 78) against the plaintiffs are resolved.

Lafayette, Louisiana, this 18th day of December, 2009.

Patrick J. Hanna
United States Magistrate Judge