UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | \* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
|  | \* |
|  | \* CIVIL ACTION NO 6:08-CV-1476 |
|  | \* |
| DEBRA MARTIN, ALVIN ANTHONY WASHINGTON, MARCUS SAMS, and LASHONDA THOMPSON | \* |
|  | \* |
|  | \* |
| Plaintiffs, | \* |
|  | \* |
| Vs. | \* |
|  | \* JUDGE HAIK |
| THE CITY OF OPELOUSAS, THROUGH THE MAYOR DON CRAVINS, et al | \* |
|  | \* |
| Defendants | \* |
|  | \*MAG. JUDGE HANNA |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

### NOTICE OF APPEAL TO THE FIFTH CIRCUIT FROM THE RULING ON PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Notice is hereby given that Debra Martin, Marcus Sam, Alvin Anthony Washington and LaShonda Thomas, plaintiffs, in the above named case hereby appeal to the Fifth Circuit Court of Appeals from the from the final judgment in reference to Plaintiffs' Partial Motion for Summary Judgment entered in this action on 4th day of August 2010.

Respectfully Submitted:

/s/Shannon Battiste
The Law Offices of Battiste and Simmons
Shannon Battiste, Esq. (Bar Roll # 30198)
25341 HWY 1 South
Plaquemine, LA 70764
Telephone: (226) 776-4450
Fax:  (225) 687-9904