

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

August 12, 2010

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-337-593-5000*  *1-318-676-4276*


Shannon LaSalle Battiste
Law Office of Shannon L Battiste
25341 Hwy 1 S
Plaquemine, LA 70764


RE:   Martin, et al v City of Opelousas, et al
      USDC#   6:08cv1476

Dear Ms. Batiste:

    Your Notice of Appeal in this matter was filed on 8/11/10.  To perfect this notice of appeal under FRAP 3(C), fees in the sum of FOUR HUNDRED AND FIFTY FIVE & NO/100 ($455.00) DOLLARS, payable to TONY R. MOORE, CLERK OF COURT, are due immediately.  Please remit immediately so that no risk of dismissal is incurred.

    Very truly yours,

    TONY R. MOORE, Clerk of Court

    BY:    S/ Nancy Lundy
        Nancy Lundy, Deputy Clerk

nl